Timothy W. Fredricks (SBN 238039)
Fredricks.T@wssllp.com
Melissa A. Agnetti (SBN 311426)
Agnetti.M@wssllp.com
**WINGET SPADAFORA & SCHWARTZBERG LLP**
1900 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Telephone: 310.836.4800
Facsimile:  310.836.4801

Attorneys for Defendant
FELIX CHU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GRACE ABIDOG, individually; GEORGE DIRNU, individually; KIET LINH HA, individually; GLORIA LEON aka GLORIA NAJARRO, individually; MARYELLEN RODRIGUEZ, individually; ENRIQUE RODRIGUEZ, individually; SARA RODRIGUEZ, individually; VIRGINIA TENG aka WEI LAN TENG, individually, and as assignee of EDMUND DANG and QUAN QIN SHI; JENNIFER TOY, individually; JACK WANG, individually; SHIRLEY WIN, individually; POLEON WIN, individually; JOHNNY WONG, individually; CUI TING YANG, individually; and JENNIFER SHUK MING YU, individually,<br><br>Plaintiffs,<br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, a New York Corporation, NYLIFE SECURITIES, LLC, FELIX CHU, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.   21-cv-06425-HSG<br><br>**ORDER EXTENDING TIME FOR DEFENDANT FELIX CHU TO FILE RESPONSIVE PLEADING** |

ORDER EXTENDING TIME FOR DEFENDANT FELIX CHU TO FILE
RESPONSIVE PLEADING

The Court has read and considered the stipulation, filed on September 1 2021, between Plaintiffs and Defendant Felix Chu to extend the time by which Chu must file a responsive pleading to the First Amended Complaint. Good cause appearing,

IT IS HEREBY ORDERED, THAT THE STIPULATION IS APPROVED.

Chu shall have up to and including September 10, 2021 to file a responsive pleading to Plaintiffs' First Amended Complaint.

Dated:  September 2, 2021

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge